**EXHIBIT LIST**

| | |
|---|---|
| A | Plaintiff's Amended Complaint for Racketeering Case No. 19-Cv-00055 |
| B | Report and Recommendation Case No. 19-Cv-00055 |
| C | Order Adopting Report and Recommendation Case No. 19-Cv-00055 |
| D | Plaintiff's Amended Complaint for Racketeering Case No. 19-cv-621 |
| E | Report and Recommendation Case No. 19-cv-621 |
| F | Order Adopting Report and Recommendation Case No. 19-cv-621 |
| G | Plaintiff's Response to the Circuit Court's 2014 Opinion of the Doctrine of Acquiescence and the Scheme of CMDA Attorney Allan C. Vander Laan and Magistrate Judge Ray Kent to Extort Five Thousand Dollars from Discriminated Pro Se Plaintiff Clarence Matthew Otworh Case No. 19-Cv-00055 |