EXHIBIT G

Clarence Otworth
187 East Daniels Road
Twin Lake, MI 49457
(231) 292-1205

November 15, 2019

Office of the Clerk
United States Court of Appeals
For the Sixth Circuit
540 Potter Stewart U.S. Courthouse
100 East First Street
Cincinnati, Ohio 45202-3988
(513) 564-7000

CASE NO. 1:19-cv-55

PAUL LEWIS MALONEY
United States District Judge

RAY KENT
**CORRUPT** Magistrate Judge



PLAINTIFF'S RESPONSE TO THE CIRCUIT COURT'S
2014 OPINION OF THE DOCTRINE OF ACQUIESCENCE
AND
THE SCHEME OF CMDA ATTORNEY ALLAN C. VANDER LAAN (P33893)
AND MAGISTRATE JUDGE RAY KENT TO EXTORT FIVE THOUSAND DOLLARS
($5,000) FROM DISCRIMINATED PRO SE PLAINTIFF CLARENCE MATTHEW OTWORTH

DOCTRINE OF ACQUIESCENCE

The doctrine of acquiescence is a common law principle that if a person KNOWINGLY permits their civil

rights to be infringed, they cannot later make a claim against the person who infringed them.


It all began with the **stupid opinion** of three Sixth Circuit Court of Appeals Judges, Martha Craig "Cissy"

DAUGHTREY, Karen Nelson MOORE, and Eric CLAY, in Clarence Otworth v. Wanda Budnik, 594 Fed.

Appx.859 (6th Cir. 2014).  The Court said "case law indicates that, regardless of any alleged irregularities

in Lakewood Club's initial incorporation, Otworth cannot challenge its existence, because the community

residents and the State of Michigan have acquiesced in its existence for decades.


YES HE CAN, and so can any of the other 10,000 residents of Dalton Township, because Otworth was not

complaining about some insignificant technicality in Lakewood Club's alleged incorporation.  He was

complaining about an unincorporated criminal enterprise that was pretending to be incorporated so the

employees (racketeers) could enact zoning ordinances, levy a village property tax, receive a share of

Michigan's tax revenue, and provide themselves with a lucrative income.

Michael S. Bogrin, a Plunkett Cooney attorney, lied to the district court and the circuit court and persuaded the judges to believe that Otworth was complaining about some insignificant technicality in Lakewood Club's incorporation, and the stupid opinion of these judges was that Lakewood Club could continue swindling the residents of Dalton Township because they never complained about something they knew nothing about for 43 years; the fact that they were being swindled.   And why should they have known? Attorney Generals Frank J. Kelly 1961-1999, Jennifer Granholm 1999-2003, Mike Cox 2003-2011, Bill Schuette 2011-2019, and Dana Nessel 2019 – , never notified any of 174,000 residents of Muskegon County that Lakewood Club and Dalton Township are unincorporated criminal enterprises pretending to be Michigan municipalities.

The Circuit Court cited Stuart v. Sch. Dist. No. 1 of Vill. of Kalamazoo, 30 Mich. 69, 72-73 (1874) (describing doctrine of acquiescence and noting that "[i]f every municipality must be subject to be called into court at any time to defend its original organization and its franchises at the will of any dissatisfied citizen who may feel disposed to question them ....it may very justly be said that few of our municipalities can be entirely certain of the ground they stand upon, and that any single person, however honestly inclined, if disposed to be litigious, or over technical and precise, may have it in his power in many cases to cause infinite trouble, embarrassment, and mischief.)" Otworth has never rebutted these points.  The district court did not, in sum, err in granting defendants' motion to dismiss.

YES IT DID ERR – BIG TIME!   And so did the Circuit Court.  It wrote:  "Municipalities can be incorporated by acquiescence."  Municipalities are incorporated organizations.  What the court meant was that unincorporated organizations can become municipalities without the approval of a majority of the population by acquiescence.  However, unincorporated organizations such as Lakewood Club and Dalton Township are committing the crimes of conspiracy, false billing, premeditated fraud, mail fraud, extortion, embezzlement of village and township funds, grand larceny, perjury, and collection of wrongful debts, and racketeering, by pretending to be municipalities.  **UNINCORPORATED CRIMINAL ENTERPRISES**

Page 2

**PRETENDING TO BE MICHIGAN MUNICIPALITIES CANNOT BE INCORPORATED BY ACQUIESCENCE;** not by a District Court, not by a Court of Appeals, not by the United States Supreme Court, and not even by an Act of Congress because the residents of Muskegon County would be accessories to these crimes.  Moreover, they did not KNOWINGLY permit their civil rights to be infringed by these two criminal enterprises.

On September 1, 1909, every County Board of Supervisors in Michigan lost their authority to compulsorily incorporate villages because Chapter 1, of the General Law Village Act, PA 3 of 1895, was superseded as to new incorporations by the Home Rule Village Act, PA 278 of 1909.   The Home Rule Village Act requires an election to be held on the question of incorporation by the qualified electors affected by a proposed incorporation.

Nevertheless, on June 28, 1967, the Muskegon County Board of Supervisors violated the Home Rule Village Act and compulsorily incorporated the Village of Lakewood Club.  This was a premediated fraud perpetrated by the Petitioners attorney, Allan E. Vanderploeg, and the Muskegon County Corporate Counsel Harry J. Knudsen, et al.  The Supervisors were told that they could compulsorily incorporate the Village of Lakewood Club under Chapter 1, of the General Law Village Act, PA 3 of 1895; which was superseded as to new incorporations by the Home Rule Village Act on September 1, 1909.

Retired Railroad Conductor Clarence Otworth discovered compulsory incorporations are unconstitutional in Michigan while living in Florida, but the lawyers, judges, and politicians that live in Michigan didn't know this – give me a break.

The Village of Lakewood Club has successfully pretended to be incorporated for 52-years, and the Sixth Circuit Court affirmed the Judgment of the crackpot Magistrate Judge Ellen S. Carmody that alleged Lakewood Club is entitled to continue swindling the 10,000 residents of Dalton Township because they

never complained about something they knew nothing about for 43-years, since June 28, 1967, that they were being swindled by a criminal enterprise that was pretending to be a Michigan municipality.

The plaintiff respectfully requests the Sixth Circuit Court of Appeals to revisit Clarence Otworth v. Wanda Budnik, because the 2014 Court did not know Lakewood Club is an unincorporated criminal enterprise pretending to be a municipality, and because the residents of Dalton Township did not KNOWINGLY permit their civil rights to be infringed by an unincorporated criminal organization pretending to be a Michigan municipality it cannot be declared a Michigan municipality under the doctrine of acquiescence.

Allan C. Vander Laan (Allan) wants his puppet Ray Kent, a totally corrupt Magistrate Judge, to impose a sanction of $5,000 upon Otworth for exposing him to be a liar and a fabricator of quotes that he alleged Otworth said.  Allan has repeatedly claimed that Otworth is prevented by collateral estoppel from re-litigating the Judgment of the Sixth Circuit.  Allan has repeatedly sent Ray Kent a copy of his pleadings in opposition to plaintiff's motion for summary judgment to make it crystal clear to Ray Kent that he wants his puppet to dismiss Otworth's motion.  Otworth wrote: He got it Allan – four pleadings are enough - He got it!  Take some time off - get some rest.   Trust me – the plaintiff is not going to re-litigate the OPINION of the Sixth Circuit Court that Otworth failed to state a claim upon which relief may be granted.

As for Allan C. Vander Laan and Magistrate Judge Raymond Kent's criminal scheme to extort $5,000 from Otworth – Allan should be disbarred and Ray Kent should be fired, and both of them should be indicted on criminal charges.

Respectfully submitted,

*Clarence Otworth*

Clarence Otworth

CC:    Allan C. Vander Laan

CC     Raymond Kent,

ECF No. 140 filed 11/18/19 PageID.1216 Page 5 of 6

FOREVER / USA

15 NOV 2019 PM 5 2

RECEIVED (GR)
U.S. District Court Clerk
NOV 1 8 2019
Western Michigan

SECRET SERVICE AGENTS BILL
GREER & ROY KELLERMAN SHOT
PRESIDENT JOHN F. KENNEDY &
GREER SHOT JOHN B. CONNALLY

CHIEF JUDGE ROBERT J. JONKER
UNITED STATES DISTRICT COURT
685 FEDERAL BUILDING
116 MICHIGAN STREET, N.W.
GRAND RAPIDS, MI 49503

49503-236399

Case 1:19-cv-00055-PLM-RSK ECF No. 140 filed 11/18/19 PageID.1217 Page 6 of 6

CLARENCE MATTHEW OTWORTH
187 EAST DANIELS ROAD
TWIN LAKE, MICHIGAN 49457
LBJ & HOOVER FRAMED OSWALD