UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| CLARENCE OTWORTH,<br>    Plaintiff,<br><br>-v-<br><br>TONY MOULATSIOTIS and<br>LISA SWANSON,<br>    Defendants. | No. 1:20-cv-886<br><br>HONORABLE PAUL L. MALONEY |

## JUDGMENT

In accordance with the order entered on this date (ECF No. 39), and pursuant to Fed. R. Civ. P. 58, **JUDGMENT** hereby enters.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date: January 27, 2021                      /s/ Paul L. Maloney
                                                              Paul L. Maloney
                                                              United States District Judge